**No. 54353.**—Bing Kee Co. et al. *v.* United States, protests 73405–K, etc. (San Francisco).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 54354.**—Chew Chong Tai & Co. et al. *v.* United States, protests 993716–G, etc. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel and following the decisions cited, the merchandise in question was held dutiable as follows: (1) Kumquats similar to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342) were held dutiable at 1 cent per pound under paragraph 743 as oranges; (2) joss stick or joss light the same as the merchandise involved in Abstract 34216 was held entitled to free entry under paragraph 1703; and (3) articles the same as those passed upon in *Rolls Razor, Inc.* v. *United States* (6 Cust. Ct. 271, C. D. 480) and Abstract 51306 were held dutiable at 20 percent under paragraph 1558 as nonenumerated manufactured articles.

**No. 54355.**—Chong Sing & Co. et al. *v.* United States, protests 677588–G, etc. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel that a portion of the milled rice, namely, 2⁄10 percent of the weight, consists of broken rice of the same character and description as that involved in Abstract 48704, the claim at five-eighths of 1 cent per pound under paragraph 727 was sustained. Merchandise stipulated to be similar in all material respects to the medlars the subject of *Walter T. Ueland* v. *United States* (65 Treas Dec. 344, T. D. 46923) was held entitled to free entry under paragraph 1669 as crude drugs.